IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: WCCM Group, LLC,<br><br>Debtor, | Chapter 11<br><br>CASE NO. 2:24-BK-05598-BKM<br><br>**ORDER APPROVING APPLICATION TO EMPLOY COUNSEL FOR THE DEBTOR** |

      Upon consideration of the Application to Employ Counsel for the Debtor (Doc. No. __)(the "Application") filed by WCCM Group, LLC ("Debtor"), it appearing that the proposed counsel is disinterested and does not represent an interest adverse to the estate and the employment of such counsel is in the best interests of the estate,

      **IT IS HEREBY ORDERED,** approving the employment of Katherine Anderson Law PLLC ("KAL") as counsel for the Debtor pursuant to 11 U.S.C. § 327(a), as of the date of the Application and on the terms specified therein, with no payment of compensation or reimbursement of expenses being made except after appropriate application, notice and hearing pursuant to 11 U.S.C. §§ 330 and 331.

  Approval of employment of a professional person DOES NOT automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-

approved by the court. Any request for a professional fee must be made separately, by a detailed application supporting the request, notice must be given to creditors and other parties-in-interest, and the court must have an opportunity to review any objections which any party may have. The Court may also consider the application in the absence of any objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. §§ 327, 328, 329, 330 and 331.

**DATED AND SIGNED ABOVE.**