Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Telephone: (602) 264-4965
Arizona State Bar No. 007356
Facsimile: (602) 277-0144
E-mail: Michael@mcarmellaw.com

*Subchapter V Trustee*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>WCCM GROUP, LLC,<br><br>Debtor. | Chapter 11<br>Subchapter V<br><br>Case No. 2:24-bk-05598-BKM<br><br>**SUBCHAPTER V TRUSTEE'S RECOMMENDATION REGARDING DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION DATED DECEMBER 10, 2024**<br><br>Hearing Date: February 13, 2025<br>Time:           1:30 p.m.<br>Location:      Courtroom #701<br>                    230 N First Avenue<br>                    Phoenix, AZ |

**MICHAEL W. CARMEL**, the Subchapter V Trustee in the above-captioned matter **("Trustee")** hereby submits his Recommendation regarding the pending *"Debtor's First Amended Plan of Reorganization dated December 10, 2024"* **("Plan")**.

The Trustee has reviewed the United States Trustee's Limited Objection filed on February 6, 2025 and one (1) additional Objection filed by a creditor.

For the reasons primarily stated in the United States Trustee's Limited Objection, the Trustee does not believe the Plan as currently proposed can be confirmed. The Debtor has not demonstrated the Plan's feasibility, as noted in the United States Trustee's Limited Objection.

Separately, the Debtor has failed to comply with its administrative tasks, as noted in the United States Trustee's Limited Objection.

The Trustee reserves his right to submit additional comments regarding the Plan. Nevertheless, the Trustee recommends the Court deny confirmation until both the substantive and procedural infirmities noted herein are satisfied.

DATED this 10th day of February, 2025.

MICHAEL W. CARMEL, LTD.

/s/*Carmel, M.W.* (# 007356)
Michael W. Carmel
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
Subchapter V Trustee

COPY of the foregoing served via
email this 10th day of February, 2025 on:

Katherine Anderson, Esq.
Katherine Anderson Law PLLC
7508 N 59th Ave
Glendale, AZ 85301
Email: katey@katherineandersonlaw.com
*Attorney for Debtor*

Patty Chan, Esq.
Office of the United States Trustee
230 N First Ave, Ste 204
Phoenix, AZ 85003
Email: patty.chan@usdoj.gov

Attn: BMW Bank of North America Department
AIS Portfolio Services, LLC
4514 N Santa Fe Ave, Dept APS
Oklahoma City, OK 73118
Email: ECFNotices@aisinfo.com

Richard E. Anderson, Esq.
Anderson Vela, LLP
4920 Westport Drive
The Colony, TX 75056
Email: randerson@andersonvela.com
*Attorneys for U.S. Bank Trust, Trustee on Behalf of PRP 2022-INV1 Trust*

Mark S. Bosco, Esq.
Leonard J. McDonald, Esq.
Tiffany & Bosco, PA
2525 E Camelback Rd, 7th Fl
Phoenix, AZ 85016
Email: msb@tblaw.com
Email: ljm@tblaw.com
*Attorneys for Bank of America, N.A.*

By */s/Michael W. Carmel*

2