Katherine E. Anderson (030051)
katey@katherineandersonlaw.com
KATHERINE ANDERSON LAW PLLC
7508 N. 59th Avenue
Glendale, AZ 85301
Telephone: 602.459.4112
*Attorneys for WCCM Group, LLC*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: WCCM Group, LLC,<br><br>Debtor, | Chapter 11<br><br>CASE NO. 2:24-BK-05598-BKM<br><br>**STIPULATION IN AID OF CONFIRMATION PURSUANT TO 11 U.S.C. § 1191(A)** |

WCCM Group, LLC, the Debtor and Debtor in Possession ("WCCM") and U.S. Bank Trust Company, National Association, not in its individual capacity but solely as Trustee on behalf of PRP 2022-INV1 Trust ("U.S. Bank"), by and through their respective counsel, stipulate and agree to the following terms in aid of confirmation of the *Debtor's First Amended Plan of Reorganization dated December 10, 2024*, Doc. No. 41 (the "Plan"):

    1.    U.S. Bank is the holder of the Nevada Secured Claim[1] as reflected in Claim Number 8 filed on August 29, 2024 secured by the real property commonly identified as 7345 Wigwam Avenue, Las Vegas, NV and treated under the Plan as Class 2.2 Nevada Secured Claim (Impaired). The Parties stipulate and agree that payments on the loan reflected in Claim Number 8 are current and that upon confirmation of the Plan the loan

---

[1] Unless otherwise defined herein capitalized terms shall have the meaning ascribed to them in the Plan.

will be fully reinstated. The terms of the pre-petition loan with respect to the Nevada Property will be ratified and effective upon entry of the Confirmation Order.

2. U.S. Bank is also the holder of the Arizona Secured Claim as reflected in Claim Number 7 filed on August 29, 2024 secured by the Arizona Properties, as that term is defined in the Plan and treated under the Plan as Class 2.1 Arizona Secured Claim (Impaired). The Parties stipulate and agree to the following:

a. As of March 31, 2025, the total amount due on the Arizona Secured Claim is $1,179,644.32 as follows:

| | |
|---|---:|
| Unpaid Principal Balance | $1,104,462.01 |
| Unpaid Accrued Interest | $46,019.30 |
| Unpaid Late Charge | $369.60 |
| Unpaid Fees & Prepetition Default Interest | $21,695.64 |
| Negative Escrow Balance | $7,097.77 |
| **Total Due as of 3/31/2025** | **$1,179,644.32** |

b. Within seven (7) days of entry of the Confirmation Order, Debtor shall pay $26,000 to U.S. Bank, which shall be applied against the Arizona Secured Claim.

c. Beginning on the fifth day of the month immediately following entry of the Confirmation Order, WCCM shall make monthly principal and interest payments of $6,160.03.

d. The Arizona Secured Claim shall accrue interest at the rate of 5.00% per annum.

e. WCCM shall pay taxes and insurance directly to the County and the applicable insurance company and provide proof of such payment to U.S. Bank at randerson@andersonvela.com with a copy to colton@andersonvela.com. U.S. Bank will not escrow any amounts for tax and insurance.

f. Upon entry of the Confirmation Order, WCCM is authorized to market and sell the Arizona Properties, in its sole discretion, for fair market value.

g. U.S. Bank will release its lien on each property sold provided each property is sold for fair market value and the proceeds to be received by U.S. Bank after closing costs and fees is equal to or greater than the following ("Release Price"):

    i. For the Minton Property $375,000.00;

    ii. For the Milada Property $400,000.00;

    iii. For the 19th Street Property $367,000.00.

h. Upon sale of any of the Arizona Properties WCCM shall remit all proceeds to U.S. Bank, less costs of sale, until payment in full of the Arizona Secured Claim. Upon payment in full of the Arizona Secured Claim, U.S. Bank shall file a full release and reconveyance of the Deed of Trust.

i. Upon entering into a contract for sale for any of the Arizona Properties, Debtor shall provide a copy of the contract to the Arizona Secured Claimant at randerson@andersonvela.com with a copy to colton@andersonvela.com.

j. WCCM shall pay all amounts outstanding under the Arizona Secured Loan in full within one year of the Confirmation Date. Should WCCM fail to pay all amounts due on or before April 15, 2026, U.S. Bank is authorized to pursue all remedies available under Arizona law including but not limited to a trustee's sale or judicial foreclosure of the Arizona Properties.

k. Upon receipt of the Release Price, U.S. Bank shall record a partial release and reconveyance of the Deed of Trust, as required by A.R.S. § 33-707(A), releasing the property sold from the Deed of Trust. Should U.S. Bank fail to record the partial release, the title insurer is authorized to rely on the Confirmation Order and record the satisfaction in accordance with A.R.S. § 33-707(E).

3. If U.S. Bank believes WCCM has defaulted on the Plan, including default in payment of taxes and insurance, U.S. Bank shall send notice of such default to warrenmaxey@gmail.com with a copy to katey@katherineandersonlaw.com and allow WCCM fourteen (14) days to cure such default.

4. WCCM believes and represents that this agreement is in the best interest of all creditors of this Estate, as sale of the Arizona Properties will result in payment in full to all creditors.

5. In aid of Confirmation of the Plan pursuant to 11 U.S.C. § 1191(a), and upon the Court's approval of the above terms, U.S. Bank shall be deemed to have withdrawn its Objection to the Plan, Doc. No. 40, and revised its Ballot Rejecting the Plan to be a Ballot Accepting the Plan.

6. WCCM believes it could obtain the Court's approval of the Plan pursuant to 11 U.S.C. § 1191(b) over the Objection of U.S. Bank. However, the Parties recognize and agree that confirmation pursuant to 11 U.S.C. § 1191(a) reduces the administrative expense to the estate and eliminates the need for an evidentiary hearing. Accordingly, WCCM submits that the agreement set forth herein further benefits creditors of the estate by streamlining confirmation of the Plan and saving on administrative expenses in the short and long term.

WHEREFORE, based on the foregoing, the Parties respectfully request entry of an Order confirming the Plan pursuant to 11 U.S.C. § 1191(a), as modified by the terms of this Stipulation.

RESPECTFULLY SUBMITTED this 7th day of April, 2025.

KATHERINE ANDERSON LAW PLLC

By: /s/ *Katherine E. Anderson*
Katherine E. Anderson
7508 N. 59th Avenue
Glendale, AZ 85301
*Attorneys for WCCM Group, LLC*

ANDERSON VELA, L.L.P.

By: /s/
Richard E. Anderson
4920 Westport Drive
The Colony, TX 75056
*Attorneys for U.S. Bank*

4. WCCM believes and represents that this agreement is in the best interest of all creditors of this Estate, as sale of the Arizona Properties will result in payment in full to all creditors.

5. In aid of Confirmation of the Plan pursuant to 11 U.S.C. § 1191(a), and upon the Court's approval of the above terms, U.S. Bank shall be deemed to have withdrawn its Objection to the Plan, Doc. No. 40, and revised its Ballot Rejecting the Plan to be a Ballot Accepting the Plan.

6. WCCM believes it could obtain the Court's approval of the Plan pursuant to 11 U.S.C. § 1191(b) over the Objection of U.S. Bank. However, the Parties recognize and agree that confirmation pursuant to 11 U.S.C. § 1191(a) reduces the administrative expense to the estate and eliminates the need for an evidentiary hearing. Accordingly, WCCM submits that the agreement set forth herein further benefits creditors of the estate by streamlining confirmation of the Plan and saving on administrative expenses in the short and long term.

WHEREFORE, based on the foregoing, the Parties respectfully request entry of an Order confirming the Plan pursuant to 11 U.S.C. § 1191(a), as modified by the terms of this Stipulation.

RESPECTFULLY SUBMITTED this 7th day of April, 2025.

KATHERINE ANDERSON LAW PLLC

By: /s/ *Katherine E. Anderson*
Katherine E. Anderson
7508 N. 59th Avenue
Glendale, AZ 85301
*Attorneys for WCCM Group, LLC*

ANDERSON VELA, L.L.P.

By: /s/
Richard E. Anderson
4920 Westport Drive
The Colony, TX 75056
*Attorneys for U.S. Bank*

4

**CERTIFICATE OF SERVICE**

I certify that the *Stipulation in Aid of Confirmation Pursuant to 11 U.S.C. § 1191(a)* was filed with the Clerk of the United States Bankruptcy Court for the District of Arizona and was served on all counsel of record this 7th day of April, 2025 through the Court's electronic filing system.

RESPECTFULLY SUBMITTED this 7th day of April 2025.

                KATHERINE ANDERSON LAW PLLC

                By: */s/ Katherine E. Anderson*
                     Katherine E. Anderson
                     7508 N. 59th Avenue
                     Glendale, AZ 85301
                     *Attorneys for WCCM Group, LLC*