# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## MINUTE ENTRY ORDER

### Hearing Information:

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Brenda K. Martin |
| Case Number: | 2:24-bk-05598-BKM |
| Debtor(s): | WCCM GROUP, LLC |
| Chapter: | 11 |
| Date and Time: | 05/08/2025 1:30 PM |
| Location(s): | PHX-701 |
| Courtroom Clerk: | Jennifer Lowry |
| Electronic Court Recording Operator: | Leticia Romero |

### Proceedings:

Ms. Anderson advises that the debtor is seeking confirmation of the plan at docket 41.

COURT: THE COURT QUESTIONS MS. ANDERSON REGARDING THE PLAN PROJECTIONS AND THE SETTLEMENT WITH U.S. BANK.

Mr. Anderson responds to the Court's questions.

Ms. Anderson reviews the terms of the plan and the projections. She advises that changes will be made to the confirmation order requested by Mr. Carmel. She states that she will work with the debtor regarding payment of her fees.

Mr. Carmel discusses the projections and states that the amended March and recently filed April operating reports are more consistent with the numbers in the projections. He states that the projections should be revised in the confirmation order. The expenses for the property should align with the date that the property is being sold. He advises that he would like to review the confirmation order before it is lodged. He informs the Court that all of his concerns that were expressed in the recommendation have been resolved and it is his position that the plan can be confirmed under 1191(b).

Ms. Chan states that the U.S. Trustee will be expecting quarterly post-confirmation reports. Additionally, the U.S. Trustee has requested that the confirmation order contain the deadlines in the agreement with U.S. Bank and the anticipated sale dates and when distributions will be made. Ms. Chan advises that the order should contain additional language about a potential shortfall and what the debtor will do if one occurs.

COURT: MS. ANDERSON IS DIRECTED TO PREPARE A CONFIRMATION ORDER THAT INCLUDES ALL OF THE THINGS THE U.S. TRUSTEE HAS REQUESTED, AS WELL AS THE ITEMS THE COURT HAS DISCUSSED, INCLUDING AMENDING THE PROJECTIONS SO THAT THEY CLEARLY REFLECT WHAT IS HAPPENING UNDER THIS PLAN. AN INTEREST PROVISION NEEDS TO BE ADDED FOR THE UNSECURED CREDITORS, AND THE PAYMENTS TO THEM SHOULD REFLECT THAT. ADDITIONALLY, THE ORDER SHOULD INCLUDE LANGUAGE THAT MAKES IT CLEAR THAT THE PRINCIPAL IS GOING TO BE HANDLING THE BROKERAGE SERVICES FOR THE SALES AND THAT HE IS THEN GOING TO BE CONTRIBUTING THOSE AMOUNTS BACK INTO THE ESTATE TO HELP FUND THE PLAN.

ONCE THE U.S. TRUSTEE AND THE SUBCHAPTER V TRUSTEE HAVE SIGNED OFF ON THE CONFIRMATION ORDER, MS. ANDERSON SHALL UPLOAD IT FOR THE COURT TO REVIEW.