Katherine E. Anderson (030051)
katey@katherineandersonlaw.com
KATHERINE ANDERSON LAW PLLC
7508 N. 59th Avenue
Glendale, AZ 85301
Telephone: 602.459.4112
*Attorney for WCCM Group, LLC*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: WCCM Group, LLC, | Chapter 11 |
| Debtor, | CASE NO. 2:24-BK-05598-BKM |
| | **MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR WITHOUT PERMISSION** |

Katherine Anderson and Katherine Anderson Law PLLC (collectively "KALaw"), counsel for the Debtor-in-Possession, WCCM Group, LLC ("Debtor"), hereby moves to withdraw as counsel for the Debtor pursuant to Fed. R. Bankr. P. 9013 and Local Rule 9010-1. Debtor has not consented to the relief requested herein.

1. On July 11, 2024 ("Petition Date"), the principal of the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. KALaw filed its Application to Employ on August 27, 2024 and the Court entered an Order approving KALaw as counsel for the Debtor on August 28, 2024. Doc. Nos. 20, 26.

3. On October 9, 2024, the Debtor filed its Chapter 11 Plan of Reorganization, which was amended on December 10, 2024 (the "Plan"). Doc. Nos. 32, 41.

4.    On June 3, 2025, the Court entered an Order confirming the Debtor's Chapter 11 Plan (the "Confirmation Order"). Doc. No. 89.

5.    Because the Plan was confirmed pursuant to 11 U.S.C. § 1191(b) without the consent of all creditors, the Confirmation Order requires that the case remain open for Plan administration and compliance monitoring.

6.    All fees due to KALaw prior to entry of the Confirmation Order have been approved by the Court. Doc. No. 104.

7.    KALaw seeks to withdraw as effective representation of the Debtor is unreasonably difficult.

8.    Pursuant to Local Rule 9010-1, KALaw certifies that it:

A.    has informed the principal of the Debtor than an entity cannot appear without counsel;

B.    has communicated with the principal of the Debtor regarding the payments to be made under the Plan, the requirement to file post-confirmation quarterly reports and of the continued status hearing set for May 6, 2026 at 11:30 a.m.;

C.    has informed the principal of the Debtor regarding the possibility of dismissal or conversion of the bankruptcy case if the Debtor fails to comply with the Plan, Confirmation Order and other requirements of the Court and the Bankruptcy Code.

9.  The Debtor can be reached through its principal, Warren Maxey, as follows:

Warren Maxey
warrenmaxey@yahoo.com
warrenmaxey@gmail.com
702-328-2778
PO Box 91115
PHOENIX AZ 85066

WHEREFORE, KALaw respectfully requests that the Court approve its withdrawal as counsel for the Debtor in this matter.

RESPECTFULLY SUBMITTED this 31st day of March 2026.


KATHERINE ANDERSON LAW PLLC

By: */s/ Katherine E. Anderson*
Katherine E. Anderson
7508 N. 59th Avenue
Glendale, AZ 85301
*Attorney for WCCM Group, LLC*

## <u>**CERTIFICATE OF SERVICE**</u>

I certify that the Motion to Withdraw as Counsel for the Debtor was filed with the Clerk of the United States Bankruptcy Court for the District of Arizona and was served on all counsel of record this 31st day of March 2026 through the Court's electronic filing system.

RESPECTFULLY SUBMITTED this 31st day of March 2026.

By: */s/ Isaia Ventura*