*TERRY A. DAKE, LTD.*
**P.O. Box 9134**
**Phoenix, Arizona  85068-9134**
**Telephone: (602) 710-1005**
**tdake@cox.net**

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| WCCM GROUP, LLC | ) | Case No. 2:24-bk-05598-BKM |
| | ) | |
| Debtor. | ) | |

**MOTION FOR EXAMINATION**
**PURSUANT TO BANKRUPTCY RULE 2004**

The trustee moves this Court for the entry of an order providing for an examination pursuant to Bankruptcy Rule 2004.  The trustee's motion is more fully set forth in and is supported by the following Memorandum Of Points and Authorities.

DATED July 14, 2026.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake – 009656
P.O. Box 9134
Phoenix, Arizona 85068-9134
Attorney for Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

On April 30, 2026, the debtor transferred title to the property commonly known as 7345 West Wigwam Ave., Las Vegas, NV to carter and barnes group, llc for no apparent consideration.  The deed for the transfer was recorded at the request of Landmark Title Assurance Agency of Nevada, LLC, File No. 26-1716-LMA.  Despite

request, the debtor's principal has failed to provide information about this transfer.

So that the trustee can further investigate this matter, the trustee requests that the Court order Landmark Title Assurance Agency of Nevada, LLC to produce all documents related to File Number 26-1716-LMA. The documents to be produced shall include all information showing the recipient of the closing proceeds, if any, including the bank name and account number for the recipient and/or the canceled check for the closing proceeds.

**WHEREFORE**, the trustee prays for the entry of an order pursuant to Bankruptcy Rule 2004 as set forth herein.

DATED July 14, 2026.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
P.O. Box 9134
Phoenix, Arizona 85068-9134

COPY emailed/mailed July 14, 2026 to:

**Landmark Title Assurance Agency of Nevada, LLC**
**c/o CT Corporation System**
**701 S. Carson St.**
**Ste. 200**
**Carson City, NV 89701**

**Landmark Title Assurance Agency of Nevada, LLC**
**10000 West Charleston Blvd., 137**
**Las Vegas, NV 89135**

Warren Maxey
PO Box 91115
PHOENIX AZ 85066

/s/ TD009656

2